IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 222-mj-12 |
| MARCELO ZAPATA, | |
| Defendant. | |

**O R D E R**

On February 21, 2003, the United States District Court for the Central District of California, issued a warrant for the arrest of Marcelo Zapata in the case of <u>United States of America v. Marcelo Zapata,</u> Case No. CR-02-1131(B).  Marcelo Zapata appeared before the undersigned on June 1, 2022 for his Initial Appearance on Rule 40 Transfer Out.  Mr. Zapata was represented by counsel at that hearing.  Mr. Zapata was advised of his right to an identity hearing and a detention hearing in this district.  The Government moved for Defendant's detention.  Defendant admitted that his name is Marcelo Zapata and requested to be transferred to the Central District of California.  Defendant waived his right to a detention hearing in this district and requested that any detention hearing be held in the Central District of California.  Defendant filed a AO466A Waiver of Rule 5 & 5.1 Hearings form as to Case No. CR-02-1131(B), waiving his right to an identity hearing and detention hearing in this district, doc. 6.  Defendant reserved the right to have his detention hearing held in the Central District of California.  Defendant is ordered detained pending the transfer to the Central District of California.

**IT IS ORDERED**: The United States Marshal immediately transport Marcelo Zapata, together with a copy of this Order, to the Central District of California, Los Angeles Division,

and deliver the Defendant to the United States Marshal for that district, or to another officer authorized to receive Marcelo Zapata.  The marshal or officer in the Central District of California, should immediately notify the United States Attorney and the Clerk of Court for that district of Marcelo Zapata's arrival.

The Clerk of this district must promptly transmit the documents in this case to the Central District of California, Los Angeles Division.

**SO ORDERED** this 1st day of June, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA